# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22I0144. PROGRESSIVE MOUNTAIN INSURANCE COMPANY v. AFRIKA WARREN-MOORE.**

Applicant Progressive Mountain Insurance Company has filed a motion to withdraw this application for interlocutory appeal in light of the parties' settlement of the underlying case. The motion to withdraw is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.